# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00570-CV

**Robert Walter Bonner, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF JOHNSON COUNTY, 413TH JUDICIAL DISTRICT
NO. C201200048, HONORABLE WILLIAM BOSWORTH, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Robert Walter Bonner, acting pro se, has filed a document purporting to be a notice of appeal attempting to invoke this Court's jurisdiction over the order of the 413th Judicial District Court of Johnson County dismissing his case. This Court's civil appellate jurisdiction is limited to "civil cases within its district of which the district courts or county courts have jurisdiction." *See* Tex. Gov't Code Ann. § 22.220 (West Supp. 2012). Our court of appeals district does not include Johnson County. *See id.* § 22.201(d) (West Supp. 2012). Consequently, we do not have appellate jurisdiction over this cause.

This appeal is dismissed for lack of jurisdiction.

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed for Want of Jurisdiction

Filed:   August 31, 2012

2